## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN,           )
SA'ADOUN ALSA'ARY a/k/a AHMED      )
OMAR,(ISN 30)                      )
                                   )
     Petitioner,    )
                                   )   Civil Action No. 09-745 (RCL)
  v.                           )
                                   )
BARACK OBAMA, et al.,              )
                                   )
     Respondents.   )
                                   )

## ORDER

This matter coming before the Court on Petitioner's Unopposed Motion To Extend Time to file Joint Status Report, and having considered the entire record, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED THAT counsel for Petitioner may file a Joint Status Report no later than August 2, 2011.

SO ORDERED this 25th day of July, 2011.

IT IS SO ORDERED.

_____
CHIEF JUDGE ROYCE C. LAMBRETH
United States District Court